# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS REVIEW-JOURNAL
## reviewjournal.com

February 7, 2010
Copyright © Las Vegas Review-Journal

## $1 million wager on game approved

Norm Clarke

A reality TV show is in town following a sports gambler from Florida who reportedly could be planning to put down a **$1 million** Super Bowl bet.

Adam Meyer, who has the license plates "Bet **On** Me" **on** his Bentley, has been **approved** for a **$1 million** bet at M Resort, according to Review-Journal sports writer Matt Youmans. The bet could not be verified by deadline Saturday.

It wouldn't be the first **$1 million** Super Bowl bet, but it would be the first one chronicled by a reality show.

In 1980, an unidentified gambler reportedly put down $**1.5 million on** the Los Angeles Rams, who were 11-point underdogs to the Pittsburgh Steelers. The Steelers covered, winning by 12, 31-19.

The late Bob Stupak placed a **$1 million** 1989 Super Bowl bet and won when he took the Cincinnati Bengals and seven points against the San Francisco 49ers, who won 20-16. But there were reports that Stupak hedged his bet by placing halftime bets to minimize a loss.

Retired NBA star Charles Barkley won $787,000 at Mandalay Bay in 2002 when he bet $550,000 **on** the New England Patriots, who were 14-point underdogs to the St. Louis Rams. Barkley also bet $50,000 **on** New England **on** the money line. New England won, 20-17.

Barkley's big win was one of the most controversial among local sports books.

It cost the sports book director his job because Barkley was given the betting slips without having a sufficient line of credit and he had not signed a marker.

Mandalay Bay wanted the bets voided, but Barkley insisted **on** collecting.

BABY NEWS

Former Clark County Commissioner Dario Herrera is going to be a daddy again.

His girlfriend, Stephanie Wilson, president of Wicked Creative, a public relations and advertising firm, confirmed she is expecting in late summer.

The news slipped out a week ago when Wilson attended the opening of the Laguna Champagne Bar at The Palazzo.

Wilson, after seeing a dress in the crowd similar to one she owns, pointed it out to her friend Anna Robins. "You won't be fitting into that again for a while," said Robins, who suddenly realized she said it in front of gossip blogger Robin Leach.

Minutes later, Leach posted a Twitter tweet saying a "wicked Stephanie" was involved in some good news. Leach didn't identify either party, explaining in his tweet that he was leaving that to others because he "doesn't do political gossip," which will come as a surprise to Gov. Jim Gibbons

and first lady Dawn Gibbons, whose messy split was regular fodder in the former Fleet Street reporter's blog.

Wilson said she and Herrera intend to get married eventually.

Nine years ago, Herrera and Wilson made the R-J's Top 10 Most Beautiful list.

In 2006 he was sentenced to 50 months in federal prison after his political corruption conviction in the "G-Sting" case.

His sentence was completed in mid-December when he was released from home confinement.

THE SCENE AND HEARD

If there was an over-under betting line **on** what financially strapped Las Vegas casinos will go under in 2010, an insider tells me the number would be three. You'd be surprised at the three hotels he named. ... In Saturday's column, I mistakenly had Gilley's going into the Christian Audigier Nightclub at Treasure Island. It's going into the combined space formerly occupied by Mist nightclub and Francesco's Italian restaurant.

SIGHTINGS

Former NFL quarterback Jim Plunkett, dining at N9NE Steakhouse (Palms) **on** Friday. ... UFC president Dana White, hanging out with UFC great Chuck Liddell **on** Friday at Wasted Space (Hard Rock Hotel). White surprised the crowd by giving away 60 tickets to UFC 109. ... Poker star Vanessa Rousso, celebrating her 27th birthday Friday at Tao (The Venetian). ... Magician David Copperfield, dining at Lavo (Palazzo) **on** Friday. ... Paris Hilton, playing baccarat Friday at The Venetian after partying at Tao .

THE PUNCH LINE

"The New Orleans Saints fans have waited a long time for their team to get into the Super Bowl. Not as long as they waited for FEMA, but a long time." - David Letterman

Norm Clarke can be reached at 702-383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

# EXHIBIT 2

# EXHIBIT 2





Contact: Peter Diamond
AdamWins.com
Phone: (800) 355-5883
Fax: (954) 370-0632

151 N. Nob Hill Road
Suite #133
Plantation, FL 33324
Phone: (800) 355-5883
Fax: (954) 370-0632

**ADAM WINS**

# Press Release

### NORM: $1 MILLION WAGER ON SUPER BOWL APPROVED



**LAS VEGAS REVIEW-JOURNAL**

**Las Vegas, NV - February 7, 2010:** A reality TV show is in town following a sports gambler from Florida who reportedly could be planning to put down a $1 million Super Bowl bet. Adam Meyer, who has the license plates "Bet On Me" on his Bentley, has been approved for a $1 million bet at M Resort, according to Review-Journal sports writer Matt Youmans. The bet could not be verified by deadline Saturday.

It wouldn't be the first $1 million Super Bowl bet, but it would be the first one chronicled by a reality show.

In 1980, an unidentified gambler reportedly put down $1.5 million on the Los Angeles Rams, who were 11-point underdogs to the Pittsburgh Steelers. The Steelers covered, winning by 12, 31-19.

The late Bob Stupak placed a $1 million 1989 Super Bowl bet and won when he took the Cincinnati Bengals and seven points against the San Francisco 49ers, who won 20-16. But there were reports that Stupak hedged his bet by placing halftime bets to minimize a loss.

Retired NBA star Charles Barkley won $787,000 at Mandalay Bay in 2002 when he bet

$550,000 on the New England Patriots, who were 14-point underdogs to the St. Louis Rams. Barkley also bet $50,000 on New England on the money line. New England won, 20-17.

Barkley's big win was one of the most controversial among local sports books.

It cost the sports book director his job because Barkley was given the betting slips without having a sufficient line of credit and he had not signed a marker.

Mandalay Bay wanted the bets voided, but Barkley insisted on collecting.

Original Source: Las Vegas Review-Journal

For Release 12:30 PM EST,   February 7, 2010

F.A.Q.'s | Terms & Conditions | Privacy Policy | Site Map | Contact Us

Copyright (c) 2010 AdamWins.com. All Rights Reserved. Contact us at (800) 355-5883.



# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:       Text

Registration Number / Date:
                    TX0007138813 / 2010-04-30

Application Title: $1 million wager on game approved.

Title:              $1 million wager on game approved.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-02-07

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.
                    Regarding deposit: Special relief granted under 37 CFR
                       202.20(d).

Names:              Stephens Media LLC
                    Righthaven LLC
==============================================================================
```